In the Matter of THIRTY BAY STREET COMPANY, Appellant, v ALFRED J. RANIERI et al., Constituting the Tax Commission of the City of New York, Respondents.—In a tax certiorari proceeding, petitioner appeals from an order of the Supreme Court, Kings County, dated November 1, 1976 and entered in Richmond County, which denied its motion for summary judgment. Order affirmed, without costs or disbursements, on the opinion of Mr. Justice Ventiera at Special Term. Hopkins, J. P., Rabin, Hawkins and O'Connor, JJ., concur.